**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **TQP DEVELOPMENT, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **No. 2:12-cv-000066** |
| | § | |
| **OPTIONSHOUSE, LLC,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **Defendants.** | § | |
| | § | |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The Plaintiff, TQP Development, LLC and Defendant OptionsHouse, LLC ("OptionsHouse, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing Plaintiff's claims in this action against Defendant OptionsHouse, WITH PREJUDICE subject to the terms of that certain agreement entitled "SETTLEMENT AGREEMENT" and dated March 20, 2012, with each party to bear its own costs, expenses and attorneys' fees.

DATED March 30, 2012.                    Respectfully submitted,

By: \s\ *Hao Ni*
Hao Ni
Texas Bar No. 24047205
Ni Law Firm, PLLC
3102 Maple Ave. Suite 400
Dallas, TX 75201
Telephone: (214) 800-2208
Fax: (214) 880-2209
E-mail: hni@nilawfirm.com

Andrew W. Spangler
State Bar No. 24041960
Spangler & Fussell P.C.
208 N. Green St., Suite 300
Longview, TX 75601
Telephone:  (903) 753-9300

Facsimile:  (903) 553-0403
Email: spangler@sfipfirm.com
James A. Fussell, III
AR State Bar No. 2003193
Spangler & Fussell P.C.
211 N. Union Street, Suite 100
Alexandria, VA 22314
Telephone:  (903) 753-9300
Facsimile:  (903) 553-0403
Email: fussell@sfipfirm.com

Marc Fenster
mfenster@raklaw.com
Andrew D Weiss
Email: aweiss@raklaw.com
Adam Hoffman
Email: ahoffman@raklaw.com
Alexander Giza
Email: agiza@raklaw.com
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310-826-7474
Fax: 310-826-6991
**ATTORNEYS FOR PLAINTIFF TQP
DEVELOPMENT, LLC.**

By:  /s/ *John M. Guaragna*
John M. Guaragna
Texas Bar No. 24043308
john.guaragna@dlapiper.com

DLA Piper LLP (US)
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
Telephone:  512-457-7000
FACSIMILE:  512-457-7001

**ATTORNEYS FOR DEFENDANT
STARWOOD HOTEL & RESORTS
WORLDWIDE, INC.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).   Any other counsel of record will be served by electronic mail, facsimile, and/or first class mail on this date

\s\ *Hao Ni*
Hao Ni